IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA MORGAN, on her own behalf and                                                              PLAINTIFFS
on behalf of all other persons similarly situated;
and DONNA KELLETT, on behalf of herself
and on behalf of all other persons similarly situated

v.                                              No. 4:15MC00011 JLH

AFFILIATED FOODS SOUTHWEST, INC.                                                                  DEFENDANT

## ORDER

This is an adversary proceeding commenced in bankruptcy court in which the Trustee of the debtor has moved to withdraw the reference. The plaintiffs, who commenced the adversary proceeding, have responded by stating that they have no objection. The motion is therefore granted and the reference is hereby withdrawn. Document #1. The Court directs the Clerk to close the miscellaneous case that was opened when the motion to withdraw the reference was filed and to open a new civil action for the adversary proceeding that was initially commenced in bankruptcy court.

IT IS SO ORDERED this 27th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE